UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| JAKE RALPH STILLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:21-CV-00108-JRG-CRW |
| | ) | |
| ESTATE OF LYNN ASHIEW, WESLEY | ) | |
| HOLT, CLARA NEASE, BECKY | ) | |
| HUMPHREY, DIANE RHODES, | ) | |
| DARYL BRYANT, ANGIE MARTIN, | ) | |
| and CHRISTEN HUGES, | ) | |
| | ) | |
| Defendants. | ) | |

## **JUDGMENT ORDER**

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Order, Plaintiff's pro se complaint for violations of 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff is **ASSESSED** the filing fee of $400.00, and the custodian of Plaintiff's inmate trust account is **DIRECTED** to submit payments toward the filing fee in the manner set forth in the Memorandum Opinion. The Clerk is **DIRECTED** to provide a copy of the Memorandum Opinion and this Order to the Court's financial deputy and the Sheriff of Greene County, Tennessee.

Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this Order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the file.

So ordered.

ENTER:

                                              s/J. RONNIE GREER
                                    UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

    s/ *LeAnna R. Wilson*
    District Court Clerk